# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

AMY L. HILL

Debtor(s)

Chapter: 13
Case Number: 5-22-00673

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order confirming Debtor's Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: August 10, 2022

SIGNED: *Lisa Manchak*

TITLE: Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amy L. Hill,
aka Amy Hill,

Chapter 13

**Debtor 1**

Case No.   5:22-bk-00673-MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 27, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  August 9, 2022

orcnfpln(05/18)

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Discover Bank
Discover Products Inc
PO Box 3025
New Albany Ohio 43054-3025

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Melissa Hill
1414 Academy St
Scranton, PA 18504-2303

Mercury Card
Card Services
P.O. Box 84064
Columbus, GA 31908-4061

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118-6051

Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108-3007

Midland Credit Management, Inc
PO Box 2037
Warren, MI 48090-2037

Midland Mortgage Co.
P.O. Box 26648
Oklahoma City, OK 73126-0648

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

US Dept of Education/Glelsi
PO Box 7860
Madison, WI 53707-7860

United States Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Services
P.O. Box 10347
Des Moines, IA 50306-0347

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
8125 ADAMS DRIVE SUITE A