Fill in this information to identify the case:

Debtor 1     AMY L. HILL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of    PA
                                                         (State)

Case number    22-00673

Official Form 410C13-N

# Trustee's Notice of Disbursements Made        12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1:   Mortgage Information

**Name of claim holder:**    MIDFIRST BANK                            **Court claim no.** (if known):
                                                                             7

**Last 4 digits** of any number you use to identify the debtor's account:      9   6   6   6

**Property address:**      1416 ACADEMY STREET
                            Number      Street

                            SCRANTON,        PA     18504
                            City                 State      ZIP Code

## Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3:   Arrearages

|  | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 692.10 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 692.10 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 692.10 |

Case 5:22-bk-00673-MJC    Doc 32    Filed 02/24/26    Entered 02/24/26 07:36:20    Desc
Main Document     Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date  2 / 24 / 2026

| Trustee | Jack | N | Zaharopoulos |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Address  8125 Adams Drive, Suite A
Number        Street

Hummelstown            PA        17036
City                        State        ZIP Code

Contact phone  ( 717 ) 566 – 6097

Email  info@pamd13trustee.com

Case 5:22-bk-00673-MJC    Doc 32    Filed 02/24/26    Entered 02/24/26 07:36:20    Desc
Main Document      Page 2 of 3

# Disbursements for Claim

**Case: 22-00673      AMY L. HILL**

**MIDFIRST BANK**
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD,
OKLAHOMA CITY, OK   73´

Sequence:  13
Modify:
Filed Date:
Hold Code:

Acct No: Academy St - PRE-ARREARS -

ARREARS - 1414-1416 ACADEMY STREET

|  | Debt: | $692.10 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: | $85,316.00 |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: $692.10 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 01/12/2024 | 2032672 | $52.35 | $0.00 | $52.35 | 01/19/2024 |
| 520-0 | MIDFIRST BANK | | 12/19/2023 | 2031771 | $212.52 | $0.00 | $212.52 | 12/27/2023 |
| 520-0 | MIDFIRST BANK | | 11/15/2023 | 2030816 | $212.52 | $0.00 | $212.52 | 11/22/2023 |
| 520-0 | MIDFIRST BANK | | 10/18/2023 | 2029864 | $214.71 | $0.00 | $214.71 | 11/06/2023 |
| | | | | **Sub-totals:** | **$692.10** | **$0.00** | **$692.10** | |
| | | | | **Grand Total:** | **$692.10** | **$0.00** | | |