Certificate Number: 15317-PAM-DE-040682902

Bankruptcy Case Number: 22-00673



15317-PAM-DE-040682902

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2026, at 6:19 o'clock PM PST, Amy L Hill completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  March 2, 2026                    By:     /s/Carlo Gollayan

                                        Name:  Carlo Gollayan

                                        Title:  Counselor