United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 22-00673-MJC

Amy L. Hill                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Mar 10, 2026                 Form ID: 3180W                     Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy L. Hill, 1416 Academy Street, Scranton, PA 18504-2303 |
| 5469356 | + | Melissa Hill, 1414 Academy St., Scranton, PA 18504-2303 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5469353 | | EDI: CAPITALONE.COM | Mar 10 2026 22:44:00 | Capital One Bank, P.O. Box 85015, Richmond, VA 23285 |
| 5469354 | | EDI: DISCOVER | Mar 10 2026 22:44:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5471322 | | EDI: DISCOVER | Mar 10 2026 22:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5477588 | | EDI: JEFFERSONCAP.COM | Mar 10 2026 22:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5469355 | | Email/Text: tullio.deluca@verizon.net | Mar 10 2026 18:46:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5469357 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 10 2026 18:45:00 | Mercury Card, Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |
| 5481182 | + | EDI: AISMIDFIRST | Mar 10 2026 22:44:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5469358 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2026 18:46:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5471899 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2026 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5469359 | + | EDI: AISMIDFIRST | Mar 10 2026 22:44:00 | Midland Mortgage Co., P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 5479514 | | EDI: Q3G.COM | Mar 10 2026 22:44:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5469360 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 10 2026 18:46:00 | US Dept of Education/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 5469730 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 10 2026 18:46:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 5472405 | | EDI: WFCCSBK | Mar 10 2026 22:44:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5469361 | + | EDI: WFCCSBK | Mar 10 2026 22:44:00 | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

District/off: 0314-5

Date Rcvd: Mar 10, 2026

TOTAL: 15

User: AutoDocke

Form ID: 3180W

Page 2 of 2

Total Noticed: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5469352 | *+ | Amy L. Hill, 1416 Academy Street, Scranton, PA 18504-2303 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Tullio DeLuca | on behalf of Debtor 1 Amy L. Hill tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Amy L. Hill<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4468<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:22–bk–00673–MJC | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Amy L. Hill
aka Amy Hill

**By the court:**

3/10/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:22-bk-00673-MJC   Doc 36   Filed 03/12/26   Entered 03/13/26 00:27:44   Desc
Imaged Certificate of Notice   Page 5 of 5