**Fill in this information to identify the case:**

Debtor 1    <u>Amy L. Hill a/k/a Amy Hill</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>MIDDLE</u> District of <u>Pennsylvania</u>
                                               (State)

Case number   <u>22-00673 MJC</u>

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

### Part 1:   Mortgage Information

**Name of claim holder:**    <u>MidFirst Bank</u>

**Court claim no**. (if known):
<u>  7           </u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>9666</u>

**Property address:**      **<u>1414-1416 Academy Street</u>**
                        Number        Street
                        **<u>Scranton   PA 18504</u>**
                        City                        State      ZIP Code

### Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:    $ <u>692.10             </u>.

*Check all that apply:*

☒    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response:    $ <u>                 </u>.

☒    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining
unpaid as of the date of this response:    $ <u>                 </u>.

Case 5:22-bk-00673-MJC    Doc 37    Filed 03/13/26    Entered 03/13/26 19:21:37    Desc
Main Document     Page 1 of 5

**Part 3:**      **Postpetition Payments**

(a) *Check all that apply:*

☒    The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐    The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ___/___/___ .

☐    The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

     i.    Date last payment was received on the mortgage:      02 / 05 / 2026

     ii.    Date next postpetition payment from the debtor is due:      03 / 01 / 2026

     iii.    Amount of the next postpetition payment that is due:      $ 1,335.90

     iv.    Unpaid principal balance of the loan:      $ 72,520.81

     v.    Additional amounts due for any deferred or accrued interest:      $ 731.52

     vi.    Balance of the escrow account:      $ 4,795.74

     vii.    Balance of unapplied funds or funds held in a suspense account:      $ 98.85

     viii.    Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:      $ 0.00

**Part 4**      **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Matthew Fissel  Date March 12, 2026
Signature

Name  Matthew Fissel,
First name          Middle name          Last name

Title  Attorney for Secured Creditor

Company  KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  701 Market Street, Suite, 5000
Number          Street

Philadelphia                                    PA          19196
City                                    State          ZIP Code

Contact phone  (215) 627-1322          Email bkgroup@kmllawgroup.com

Case 5:22-bk-00673-MJC    Doc 37    Filed 03/13/26    Entered 03/13/26 19:21:37    Desc
Main Document      Page 3 of 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Amy L. Hill a/k/a Amy Hill<br>Debtor(s) | **BK NO. 22-00673 MJC** |
| **MidFirst Bank**<br>Movant<br>vs. | **Chapter 13**<br><br>**Related to Claim No. 7** |
| **Amy L. Hill a/k/a Amy Hill**<br>Debtor(s) | |
| **Jack N. Zaharopoulos,**<br>Trustee | |

**CERTIFICATE OF SERVICE**
**RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE**

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 13, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Amy L. Hill a/k/a Amy Hill
1416 Academy Street
Scranton, PA 18504

<u>Attorney for Debtor(s) (via ECF)</u>
Tullio DeLuca, Esq.
4113 Birney Ave.
Suite 2
Moosic, PA 18507

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: <u>March 13, 2026</u>

<u>**/s/ Matthew Fissel**</u>
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

**PAYOFF FUNDS PANEL**                     3/09/2026   3:51:57 PM ET

Account Number ███████          Name AMY L HILL

**Funds Detail Infor**                        **Escrow/Impound Required**

| | | |
|---|---|---|
| Principal | 67525.51 | 02/01/26   TAXES          2131.89 |
| Interest  From      02/01/26 | | 02/01/26   TAXES          2131.89 |
| To          04/01/26 | 731.52 | |
| Prepayment Penalty Interest | 0.00 | |
| Advance For Taxes/Insur: | 4263.78 | |
| FHA Premium Due HUD | 0.00 | |
| Optional Insurance | 0.00 | |
| Late Charges Due | 0.00 | **Interest Calculations** |
| Mortgage Balance Due: | 72520.81 |    Rate     From     To/Thru     Int Due |
| P&I Advance | 0.00 |  6.500 02/01/26 03/01/26    365.76 |
| Deferred Amounts | 0.00 |  6.500 03/01/26 04/01/26    365.76 |
| Fees Assessed with Payoff Quote | 0.00 | |
| Total MRA Funds Due | 0.00 | |

### Interest Calculations

**Per Diem/Expiration Information**

| | | |
|---|---|---|
| Fees Required with Payoff Funds | 76.75 | After 03/08/26          Add          0.00 |
| Fees Currently Assessed | 0.00 | |
| Buyer Assistance | 0.00 | Quote Expires                03/09/26 |

### Funds to be Credited

| | | |
|---|---|---|
| Less Escrow/Impound Funds | 4263.78 | Financed Cov Rebate Good Until 00/00/00 |
| Less Unapplied Funds | 98.85 | After 03/08/26          Add          0.0000 |
| Less Buydown Funds | 0.00 |  FOR SIMPLE INSURANCE PER DAY |
| Less Financed Cov Rebate Funds | 0.00 | |
| Less SAC Amounts Paid | 0.00 | |
| Less Remaining PRA | 0.00 | |
| Less Early Refunds | 0.00 | |
| Total Balance Due: | 68234.93 | |

### Funds Retained

| | |
|---|---|
| Escrow/Impound Funds | 531.96 |
| Unapplied Funds | 0.00 |
| Buydown Funds | 0.00 |

Message:   CLICK RETURN TO EXIT                              OK